FILED
2019 Jul-15 PM 02:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| AMBER CAROLYN SCARFFOL,  )<br>  )<br>　Petitioner,　　　　　　　　  )<br>  )<br>v.　　　　　　　　　　　　　　  )<br>  )<br>PATRICIA BRADLEY,　　　　　  )<br>  )<br>　Respondent.　　　　　　　　  ) | Case No.: 7:17-cv-01375-LSC-GMB |

## **MEMORANDUM OPINION**

On May 21, 2019, the previously assigned magistrate judge entered a report, recommending Respondent's motion for summary dismissal be granted and the petition be denied and dismissed with prejudice for want of merit. (Doc. 15). Although the parties were advised of their right to file specific written objections within fourteen days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, Respondent's motion for summary dismissal is due to be granted and the petition is due to be denied and dismissed with prejudice.

A separate order will be entered.

1

**DONE** AND **ORDERED** ON JULY 15, 2019.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704